

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00120-CV

IN RE FIRST TEXAS BHC, INC.
AND SOUTHWEST BANK

RELATORS

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' petition for writ of mandamus and emergency motion for temporary relief and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus and emergency motion for temporary relief is denied.

Relators shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL: MEIER, DAUPHINOT, and WALKER, JJ.

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).

DELIVERED:  March 31, 2011